UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

JAYNE HOCOM,

        Plaintiff,

  v.

SPECIALIZED LOAN SERVICING LLC,

        Defendant.

Case No.: 14-cv-05106-LHK

**CASE MANAGEMENT ORDER**

Plaintiff's Attorney: Balam Letona
Defendant's Attorney: Justin Balser

    An initial case management conference was held on March 11, 2015.  A further case management conference is set for June 24, 2015, at 2:00 p.m.  The parties shall file their joint case management statement by June 17, 2015.

    The Court referred the parties to court-sponsored mediation with a deadline of June 15, 2015. The parties shall contact the Court's mediation program.

    Initial disclosures shall be exchanged by March 26, 2015.

    The discovery limits set in the Federal Rules of Civil Procedure will govern in this case.

    The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: May 1, 2015

DEADLINE TO COMPLETE MEDIATION: June 15, 2015

1

Case No.: 14-cv-05106-LHK
CASE MANAGEMENT ORDER

FACT DISCOVERY CUTOFF: September 4, 2015

EXPERT DISCOVERY:
    Opening Reports: September 18, 2015
    Rebuttal Reports: October 2, 2015
    Close of Expert Discovery: October 16, 2015

DISPOSITIVE MOTIONS shall be filed by October 29, 2015, and set for hearing no later than December 10, 2015 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: March 24, 2016, at 1:30 p.m.

JURY TRIAL: April 4, 2016, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 11, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No.: 14-cv-05106-LHK
CASE MANAGEMENT ORDER