UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAYNE HOCOM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPECIALIZED LOAN SERVICING LLC,<br><br>　　　　　Defendant. | Case No.14-cv-05106-LHK<br><br>**JUDGMENT** |

On June 10, 2015, Plaintiff accepted Defendant Specialized Loan Servicing, LLC's Rule 68 Offer of Judgment. Accordingly, the Clerk of the Court shall enter judgment against Defendant Sepcialized Loan Servicing, LLC in the amount of $10,001.00.

　　　The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 17, 2015

　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.14-cv-05106-LHK
JUDGMENT